UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO TOMAS MORALES,<br><br>Defendant. | Case No. 1:20-CR-00218-DCN<br><br>**REPORT AND RECOMMENDATION** |

On December 6, 2021, Defendant ALEJANDRO TOMAS MORALES appeared

before the undersigned United States Magistrate Judge to enter a change of plea pursuant

to a written plea agreement. (Dkt. 17.) The Defendant executed a waiver of the right to

have the presiding United States District Judge take his change of plea. Thereafter, the

Court explained to the Defendant the nature of the charges contained in the Indictment

(Dkt. 1), the maximum penalties applicable, his Constitutional rights, the impact that the

Sentencing Guidelines will have, and that the District Judge will not be bound by the

agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of

the Defendant, counsel, and the government, finds there is a factual basis for the

Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the

consequences, and that the plea should be accepted. The undersigned also ordered a pre-

sentence investigation to be conducted and a report prepared by the United States

**REPORT AND RECOMMENDATION - 1**

Probation Office.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1)      The District Court accept Defendant ALEJANDRO TOMAS MORALES'

plea of guilty to Count One of the Indictment (Dkt. 1).

2)      The District Court order forfeiture consistent with Defendant

ALEJANDRO TOMAS MORALES' admission to the Criminal Forfeiture allegation in

the Indictment (Dkt. 1) and the Plea Agreement (Dkt. 17).


Written objections to this Report and Recommendation must be filed within

fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a

result of failing to do so, that party may waive the right to raise factual and/or legal

objections to the United States Court of Appeals for the Ninth Circuit.


DATED: December 6, 2021

_____

CANDY WAGAHOFF DALE
CHIEF U.S. MAGISTRATE JUDGE


**REPORT AND RECOMMENDATION - 2**